IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00286-LTB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    EMMANUEL FERNANDEZ-MEZA,

    Defendant.

---

### ORDER TO DISMISS

---

Upon consideration of the Government's Motion to Dismiss, and for good cause shown, it is hereby

ORDERED that Counts 2 and 3 of the Indictment be dismissed as to defendant Emmanuel Fernandez-Meza.

DATED this __14th__ day of December, 2007.

                BY THE COURT:

                s/Lewis T. Babcock
                LEWIS T. BABCOCK
                UNITED STATES DISTRICT COURT JUDGE
                DISTRICT OF COLORADO